

| HON. SYLVIA O. HINDS-RADIX<br>*Corporation Counsel* | THE CITY OF NEW YORK<br>**LAW DEPARTMENT**<br>100 CHURCH STREET<br>NEW YORK, N.Y. 10007 | James M. Sheehan<br>*Assistant Corporation Counsel*<br>phone: (212) 356-2105<br>jasheeha@law.nyc.gov |
|---|---|---|

July 7, 2023

**VIA ECF**
Honorable Jesse M. Furman
United States District Judge
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

        Re:    Matos v. City of New York, et al.
                  22-cv-10975 (JMF)

Your Honor:

       I am an Assistant Corporation Counsel in the Office of the Honorable Sylvia O. Hinds-Radix, Corporation Counsel of the City of New York, attorney for Defendants City of New York and Officer Gennesis Almonte. Defendants write on behalf of all parties to respectfully request an enlargement of time until September 15, 2023 for the parties to complete mediation.

       As the Court is aware, this matter was designated for participation in Local Civil Rule 83.10 ("the Plan"). Pursuant to the Plan, the parties are to participate in mediation prior to beginning discovery in earnest. Accordingly, the first mediation session herein was scheduled for July 10, 2023. However, the undersigned is scheduled to participate in this office's annual civil trial advocacy program on that date. In addition, on such date, plaintiff's counsel is scheduled to be on trial in New York State Court, Westchester County, before the Honorable George F. Fufidio, in *People of the State of New York v. Zamir Meijias*. Further, the assigned mediator has indicated that he will be unavailable for much of August 2023.

       Accordingly, the parties respectfully request that the time to complete mediation be extended until September 15, 2023. The parties thank the Court for its time and consideration of this request.

Application GRANTED. The Clerk of Court is directed to terminate ECF No. 20. SO ORDERED.

*[signature]*
July 10, 2023

Respectfully submitted,

*/s/ James M. Sheehan*
James M. Sheehan
*Assistant Corporation Counsel*
Special Federal Litigation Division

**VIA ECF**
Alexis Padilla
Law Office of Alexis G. Padilla
378 Lewis Avenue #6
Brooklyn, New York 11233
(917) 238-2993
alexpadilla722@gmail.com