UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
:
VLADIMIR MATOS, :
 :
 :
              Plaintiff, :
 : 22-CV-10975 (JMF)
   -v- :
 : ORDER
 :
CITY OF NEW YORK et al., :
 :
             Defendants. :
 :
------------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

      Pursuant to the Court's January 3, 2023 Order, ECF No. 8, the parties were required to file a joint letter as well as a proposed Civil Case Management Plan and Scheduling Order, the contents of which are described therein, no later than Thursday of the week prior to the initial pretrial conference. To date, the parties have not filed the required documents. As a courtesy, that deadline is hereby EXTENDED, *nunc pro tunc*, to **September 5, 2023, at 10 a.m.**

      SO ORDERED.

Dated: September 1, 2023
      New York, New York
                                                  JESSE M. FURMAN
                                                  United States District Judge